# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Jose Hugo PINEDA-Mendoza<br>AKA: Joseph Mendoza, Juan Echeverria, Joseph Hugo Mendoza, Jose Hjo Mendoza, Jose Hugo Mendoza, Michael Salvador Robles, Mike Angel Robles, Jose Hugo Peidn, Jose Pineda, Miguel Robles, Michael Rene Manfredi, Jose Rene Mendoza<br>IN CUSTODY ICE<br>865 FULTON MALL<br>FRESNO, CALIFORNIA 93721<br>*(Name and address of Defendant)* | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER: 1: 05-M-0059<br><br>(If search warrant is issued regarding this complaint, indicate above the case number assigned.) |

FILED
2005 MAR 22 P 3:58
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
DEPUTY

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about March 16, 2005, in Fresno County, in the <u>Eastern</u> District of <u>California</u>, the defendant, an alien, was found in the United States, after being deported or removed therefrom, without receiving permission from the Attorney General of the United States to re-apply for admission to re-enter the United States;

in violation of Title <u>8</u>, United States Code, Section <u>1326</u>, with a maximum penalty of <u>twenty years</u> and/or <u>$250,000 fine.</u>

I further state that I am a <u>Special Agent</u> and that this complaint is based on the following facts:
                  *(Official Title)*

    **SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof:   X   Yes       No

<u>Craig A Finley, Special Agent</u>

*(Name and Title of Complainant)*                                  *(Signature of Complainant)*

Sworn to before me and subscribed in my presence,

<u>March 22, 2005</u>                                  <u>At Fresno, California</u>
*(Date)*                                           *(City and State)*

<u>U.S. MAGISTRATE JUDGE</u>

*(Name & Title of Judicial Officer)*                    *(Signature of Judicial Officer)*

STATE AND EASTERN DISTRICT OF CALIFORNIA )
                                                                                                ) ss.  **AFFIDAVIT**

**CITY AND COUNTY OF FRESNO**                )

IN RE:      **PINEDA-Mendoza, Jose Hugo**
AKA: Joseph Mendoza, Juan Echeverria, Joseph Hugo Mendoza, Jose Hjo Mendoza, Jose Hugo Mendoza, Michael Salvador Robles, Mike Angel Robles, Jose Hugo Peion, Jose Pineda, Miguel Robles, Michael Rene Manfredi, Jose Rene Mendoza
INS FILE NO:   **A70 140 734**

I, Craig A Finley, first being duly sworn, depose and state:

I am a Special Agent of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, and in such capacity I have reviewed the official file relating to the above named defendant, which attests to the following:

1. **DEFENDANT** Jose Hugo PINEDA-Mendoza, AKA: Joseph Mendoza, Juan Echeverria, Joseph Hugo Mendoza, Jose Hjo Mendoza, Jose Hugo Mendoza, Michael Salvador Robles, Mike Angel Robles, Jose Hugo Peion, Jose Pineda, Miguel Robles, Michael Rene Manfredi, Jose Rene Mendoza, A70 140 734, born January 9, 1968, is a citizen and native of Mexico (FBI #645916HA1, CII #A08613875 and CDC-E-57141);

2. **DEFENDANT** was on or about November 5, 2003, removed from the United States to Mexico through the Port of Entry in San Ysidro, California;

3. **DEFENDANT** was on March 16, 2005, found in Fresno County, within the Eastern District of California, without first obtaining the expressed consent of the Attorney General of the United States for reapplication for admission to the United States;

On the basis of the above information I have concluded that, to the best of my knowledge and belief, the **DEFENDANT** is present in the United States in violation of Title 8, United States Code, Section 1326.

_____
**Craig A Finley, Special Agent**
**Department of Homeland Security**
**Bureau of Immigration and Customs Enforcement**

Subscribed and sworn to before me this 22nd day of March 2005, at Fresno, California.

_____
**U.S. MAGISTRATE JUDGE**